# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 07-3198/08-1076

_____

| | |
|---|---|
| Harsh S. Katoch, | * |
| | * |
| Appellant, | * |
| | * Appeals from the United States |
| v. | * District Court for the Eastern |
| | * District of Missouri. |
| Mediq/PRN Life | * |
| Support Services, INC., | * [UNPUBLISHED] |
| | * |
| Appellee. | * |

_____

Submitted: June 5, 2009
Filed: June 23, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Following this court's affirmance of the grant of summary judgment to defendant Mediq/PRN Life Support Systems, Inc. (Mediq) in Harsh Katoch's employment-discrimination action, see Katoch v. Mediq/PRN Life Support Sys., Inc., 223 Fed. Appx. 532 (8th Cir. 2007) (unpublished per curiam), the district court[1] entered the orders which are the subject of these consolidated appeals. We find no basis, and Katoch and his counsel have provided none, for reversing the district

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

court's orders taxing costs in favor of Mediq, see 168th & Dodge, LP v. Rave Reviews Cinemas, LLC, 501 F.3d 945, 957-58 (8th Cir. 2008) (standard of review; prevailing party is presumed entitled to recover all costs); directing Katoch's counsel to pay attorney's fees under 28 U.S.C. § 1927 and the court's inherent authority, see Tenkku v. Normandy Bank, 348 F.3d 737, 743-44 (8th Cir. 2003) (reviewing for abuse of discretion award of § 1927 sanctions, and for clear error related factual findings); or sanctioning Katoch's counsel for contempt, see Jake's, Ltd. v. City of Coates, 356 F.3d 896, 899-900 (8th Cir. 2004) (reviewing for abuse of discretion decision to enter civil contempt order, and for clear error related factual findings). Accordingly, we affirm.  See 8th Cir. R. 47B.

_____